THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE HENLEY, Appellant. [643 NYS2d 449] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093,

*lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Kidnapping, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.